UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERI L. SHROUT, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) )    Case No. 4:11CV1945 JAR |
| CAROLYN COLVIN, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) |
|     Defendant.[1] | ) |

**ORDER**

This matter arises on the Report and Recommendation of United States Magistrate Judge Frederick R. Buckles, filed January 8, 2013 (ECF No. 26). See 28 U.S.C. §636. In his report, Magistrate Judge Buckles recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice. On February 28, 2013, Plaintiff filed objections to the recommendation (ECF No. 31).

After review of the entire record in this matter, the Court concurs in the Magistrate Judge's findings, and will adopt the Report and Recommendation. The Court will affirm the final decision of the Commissioner, and dismiss this case with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 26) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 28th day of February, 2013.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE